IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 114-060 |
| | * | |
| SARAWIN NAT INTAKANOK | * | |
| | * | |

**O R D E R**

Presently pending before the Court is the Government's Motion for Reciprocal Discovery (Doc. 57) and Request for Notice of Entrapment Defense (Doc. 58).

Pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, if during preparation for trial a defendant requests certain disclosures from the government and the government complies, then the defendant must permit the government upon request to inspect various documents, objects, reports of examinations and tests, and written summaries of expert testimony that the defendant intends to use in his case-in-chief at trial and is within his possession, custody, or control. FED. R. CRIM. P. 16(b)(1)(A) – (C). In other words, defendants cannot unreasonably refuse to provide reciprocal discovery while enjoying the benefits of the government's generous production. In light of the Government's willingness in this case to provide liberal discovery, it is entitled to this information.

Accordingly, the Court **GRANTS** the Government's Motion for Reciprocal Discovery (Doc. 57) and **DIRECTS** Defendant to provide the Government with information responsive to the three categories identified in the motion by no later than **WEDNESDAY, MARCH 18, 2015**, or when available, if later.

Moreover, under Local Rule 12.2, the Government may move the Court to order a defendant to provide notice of his intention to offer the defense of entrapment. LCrR 12.2, SDGa. As the Government has complied with that rule's requirements, the Court **GRANTS** the Government's Request for Notice of Entrapment Defense (Doc. 58) and **ORDERS** Defendant to file such notice by **9:00 AM** on **WEDNESDAY, MARCH 18, 2015**. The notice **SHALL** state:

(1) the specific acts upon which the prosecution is based that Defendant admits;

(2) the specific time, place, and circumstances under which Defendant claims to have been entrapped; and

(3) the names and addresses of witnesses upon whom he intends to rely to establish such defense.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2